LOUIS F. REED, JR., Appellant, *v.* MARIE H. ROBERTSON, Respondent.

Argued November 28, 1950; decided January 11, 1951.

*Mark F. Hughes, William Fitzgibbon* and *Lawrence S. Munson* for appellant.

*Jackson A. Dykman* and *William K. Allison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.